**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**GERARDO JIRON**                                                    Case No.: **21-22143-LMI**
**JULIA SUSANA JIRON**                                                         **Chapter 13**

Debtors,
_____/

**EMERGENCY MOTION TO APPROVE SHORTSALE**
(**Reason for Emergency Hearing: Debtor's short sale closing is scheduled for January 31, 2022. Debtors request a hearing date prior to closing**.)

Debtors, **Gerardo Jiron and Julia Susana Jiron** by and through undersigned counsel and Pursuant to the Federal Rules of Bankruptcy Procedure hereby serves this Emergency Motion to Approve Sale of and alleges the following in support thereof:

1. This case was commenced with the filing of a Voluntary Petition under Chapter 13 on December 30, 2021.

2. Debtors are seeking to sell debtor's homestead property located at: 8421 NW 8th ST, #407, Miami, FL 33126.

3. Debtors have secured an offer of $167,000.00 for the purchase of this property from a third party bona fide purchaser. (Exhibit 1)

4. Debtors shall receive no funds or incentives at closing.

5. Debtors require this order in order to proceed with the sale.

6. Nothing in this motion seeks to require or order the mortgagee to accept the terms of the short sale.

7. Secured creditor has agreed to consider this short sale and this motion.

**WHEREFORE**, Debtors prays that this court issue an order (i) allowing sale.

        Respectfully Submitted,

        MENDEZ LAW OFFICES, PLLC
        Attorney for Debtors
        P.O. BOX 228630
        Miami, Florida 33172
        Telephone: 305.264.9090
        Facsimile: 305.809.8474
        Email: info@mendezlawoffices.com
        By: _____/s/_____
        DIEGO GERMAN MENDEZ, ESQ.
        FL BAR NO.: 52748